**No. 48304.**—Protest 97714–K of Seymour Mfg. Co. (New York).

Opinion by LAWRENCE, J. An examination of the record disclosed no reason for disturbing the collector's decision, which was found presumptively correct. Following Abstract 15400 the protest was dismissed.

BEFORE THE THIRD DIVISION, MAY 21, 1943

**No. 48305.**—Protest 44773–K of Joseph L. Sclafani (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protest was sustained.

**No. 48306.**—Protest 47984–K of J. Ossola Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protest was sustained.

**No. 48307.**—Protests 17922–K, etc., of D. & A. Sclafani (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained.

**No. 48308.**—Protests 34998–K, etc., of G. Montagnino & Sons (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained.